IN THE OREGON TAX COURT
REGULAR DIVISION
Income Tax

| | | |
|---|---|---|
| STEVEN B. GARNER and HEIDI M. GARNER, | ) ) ) | |
| Plaintiffs, | ) | **TC 5481** |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) ) | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

This matter is before the court on Defendant's Motion to Dismiss, filed on July 15, 2025. Plaintiffs did not respond to the motion.

Defendant argues that Plaintiffs' complaint is time-barred under ORS 305.501(5)(a)[1] and thus is subject to dismissal pursuant to Tax Court Rule (TCR) 21 A(9).[2] A party appealing a decision of the Magistrate Division to the Regular Division of the Tax Court must do so by filing a complaint "within 60 days after the date of entry of the written decision." ORS 305.501(5)(a). The Magistrate Division decision that Plaintiffs appealed was entered on April 25, 2025. The 60-day period to appeal expired on June 24, 2025. The court's records show that Plaintiffs' complaint was filed electronically on June 25, 2025. Plaintiffs' complaint was therefore filed one day late.

---

[1] The court's references to the Oregon Revised Statutes (ORS) are to the 2023 edition.

[2] Defendant alleges in the alternative that the court lacks jurisdiction because Plaintiffs failed to comply with ORS 305.419(1) (requiring taxpayers to pay assessed income tax, interest, and penalties on or before the due date for filing the complaint). Because the court agrees with Defendant's first argument, the court need not reach Defendant's alternative allegation.

The filing deadline is statutorily mandated, and the court has no discretion to excuse noncompliance. *See Mughal v. Dept. of Rev.*, 23 OTR 509 (2019). An untimely complaint must be dismissed pursuant to TCR 21 A(9).

Because no appeal was taken to this division within 60 days, the Magistrate Division decision is final. *See* ORS 305.501(7). Now, therefore,

IT IS ORDERED that Defendant's Motion to Dismiss is granted, and that Plaintiffs' complaint is dismissed. Counsel for Defendant is directed to submit an appropriate form of judgment.

Dated this 22nd day of August, 2025.

8/22/2025 10:08:07 AM

Judge Robert T. Manicke